

# NUMBER 13-11-00577-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ARNOLD MUÑOZ

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Vela, and Perkes
### Per Curiam Memorandum Opinion[1]

Relator, Arnoldo Muñoz, filed a petition for writ of mandamus in the above cause on September 12, 2011, seeking to compel the trial court to render a ruling on his trespass to try title suit and on other motions pertaining to the same suit. The Court, having examined and fully considered the petition for writ of mandamus is of the opinion

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

that relator has not shown himself entitled to the relief sought.  *See* TEX. R. APP. P. 52.3,

52.7.  Accordingly, the petition for writ of mandamus is DENIED.  *See id.* at R. 52.8(a).


PER CURIAM

Delivered and filed the 15th
day of September, 2011.